J. Kelby Van Patten, Bar No. 167553
kvp@paynefears.com
Jeffrey M. Hayes, Bar No. 246511
jmh@paynefears.com
Nathan A. Cazier, Bar No. 241744
nac@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for DEFENDANTS CENTEX HOMES AND CENTEX REAL ESTATE CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:14-cv-00601-LJO-SAB<br>(Related to *Travelers Indemnity Company of Connecticut v. Centex Homes*, Case No. 1:14-CV-217-LJO-SAB per 7/29/14 Court Order)<br><br>**STIPULATION RE MOTION TO DISMISS COMPLAINT (DOCKET NO. 7) AND PROPOSED ORDER**<br><br>Judge:   Hon. Lawrence J. O'Neill |

**WHEREAS**, Defendants filed a motion to dismiss Plaintiffs' First Amended Complaint on May 19, 2014 (Docket No. 7), Plaintiffs filed an opposition on July 14, 2014 (Docket No. 19), and Defendants filed a reply on July 21, 2014 (Docket No. 21).

**WHEREAS**, the Honorable William B. Shubb held oral argument on this motion on July 28, 2014 (*See* Docket No. 24).

**WHEREAS**, following oral arguments, the Honorable William B. Shubb transferred

1. this case to the Honorable Lawrence J. O'Neill. (Docket No. 25.)

**WHEREAS**, the Honorable Lawrence J. O'Neill has already issued orders regarding the matters raised in the motion to dismiss in several related cases, and the parties recognize he will likely reach the same result again.

**WHEREAS**, the parties remain committed to the positions they raised in their briefs— and they reserve all rights with regards to those arguments—but they wish to conserve the Court's time and resources in dealing with this motion.

**WHEREAS**, the parties stipulate that, if this Court approves this stipulation, Defendants will withdraw their motion to dismiss effective immediately.

**WHEREAS**, the parties stipulate that, if this Court approves this stipulation, Plaintiffs will file a Second Amended Complaint on or before August 18, 2014.

**WHEREAS**, Defendants reserve their right to file a motion to dismiss Plaintiffs' amended complaint if they deem it necessary.

DATED: August 4, 2014                    PAYNE & FEARS LLP

By: _____
JEFFREY M. HAYES

Attorneys for CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation

DATED: August 4, 2014                    THE AGUILERA LAW GROUP APLC

By: _____
RICHARD A. SEMON

Attorneys for TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 4, 2014                    /s/ Lawrence J. O'Neill
                                         Hon. Lawrence J. O'Neill
                                         Judge, United States District Court

4816-0497-1036.1