# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:14-cv-00601-LJO-EPG<br><br>The Hon. Lawrence J. O'Neill<br><br>**ORDER GRANTING STIPULATION TO DISMISS**<br><br>Trial Date:   February 12, 2019 |

As requested by the parties, **IT IS ORDERED** that this action is dismissed without prejudice, with each party to bear its own costs.

IT IS SO ORDERED.

Dated:   **July 13, 2016**            /s/ Lawrence J. O'Neill
                                                  UNITED STATES CHIEF DISTRICT JUDGE